UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WINTHROP RESOURCES CORPORATION, CIVIL NO. 01-649 (DSD/JMM)

Plaintiff,

v. ORDER

EATON HYDRAULICS INC., f/k/a
Vickers, Inc.,

Defendant.

The above matter came on before the undersigned upon Plaintiff's Motion to Amend the Complaint [Docket No. 11]. No hearing was held. The Parties entered into a Stipulation to Extend Deadline and Amend the Complaint.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend the Complaint [Docket No. 11] is granted insofar as it permits Plaintiff to file and serve the Second Amended Complaint, which shall be deemed served as of the date of this Order. There is no change to the Pretrial Scheduling Order.

Dated: September 26, 2001

JOHN M. MASON
United States Magistrate Judge

FILED SEP 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________