UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WINTHROP RESOURCES CORPORATION,

Plaintiff,

v.

EATON HYDRAULICS, INC.,

Defendant.

CIVIL NO. 01-649 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on January 23, 2002 upon Defendant's Motions to Compel [Docket Nos. 21, 25] and to Amend the Pretrial Scheduling Order [Docket No. 26]. Therese Marie Marso, Esq. and Julie Ann Fishel, Esq. appeared on behalf of Plaintiff; Steven J. Kluz, Esq. and Raphael T. Wallander, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED as follows:

1. Defendant's Motion to Compel [Docket Nos. 21, 25] is granted only as follows: No later than January 31, 2002, Plaintiff shall file a written response, under oath, to the question posed in the deposition of Cindy Randall at page 109, line 17. The Motion is in all other respects denied.

2. Defendant's Motion to Amend the Pretrial Scheduling Order [Docket No. 26] is granted only as follows: Defendant may call up to three witnesses as experts in

FILED JAN 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

this matter. The Motion is in all other respects denied.

Dated: January 24, 2002

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

The Court has already placed on the record its reasons for this Order, other than as to whether additional responses should be required to Interrogatories Nos. 7(d), (e), and (f), 9, and 13. As a substantive matter, Defendant has not substantiated that the information desired would be relevant to the issues under consideration herein, nor that it would lead to the discovery of relevant evidence. In any event, the burden created by requiring a response would exceed any value the information would provide. See Fed. R. Civ. P. 26(g).

J.M.M.