# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Winthrop Resources Corporation,
a Minnesota corporation,

Case No. Civil 01-649 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Eaton Hydraulics, Inc., a
Delaware corporation, fka
Vickers, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

1. Winthrop's motion for summary judgment is granted in its entirety;

2. Winthrop's motion to dismiss Eaton's counterclaims is granted with respect to Eaton's counterclaims for fraud and for a violation of the Consumer Fraud Act; and

3. Winthrop's motion to dismiss Eaton's counterclaims for breach of implied covenant of good faith and fair dealing and breach of contract is treated as a motion for summary judgment and the Court grants summary judgment for Winthrop on these counterclaims.

DATE: April 23, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

(59)