UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Winthrop Resources Corporation, a Minnesota corporation, Plaintiff, vs. Eaton Hydraulics, Inc. (f/k/a Vickers, Incorporated), A Delaware corporation, Defendant. | ) | No.: 0:01-CV-649 DSD/JMM **STIPULATION AND ORDER** |

Plaintiff Winthrop Resources Corporation ("Winthrop") has noticed its Motion to Compel and for Sanctions. Accordingly, the parties, through their undersigned counsel, hereby stipulate and agree to a briefing and hearing schedule on Winthrop's Motion to Compel and for Sanctions as follows:

1. Defendant Eaton Hydraulics, Inc.'s ("Eaton") response to Winthrop's Motion to Compel Discovery and for Sanctions shall be served on or before April 29, 2002;
2. Winthrop's memorandum in reply to Eaton's response to Winthrop's Motion to Compel Discovery and for Sanctions shall be served on or before May 2, 2002; and
3. The hearing on Winthrop's Motion to Compel Discovery and for Sanctions has been scheduled on May 7, 2002 at 9:30 a.m.

Finally, the parties further stipulate and agree that the Court may enter an order accordingly.

Dated: April 18th, 2002

WINTHROP & WEINSTINE, P.A.

By: ______________________

Jeffrey R. Ansel, #166224
Julie Ann Fishel, #0286254
Justice E. Lindell, #312071
3200 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, Minnesota 55101
(651) 290-8400

Attorneys for Plaintiff
Winthrop Resources Corporation

APR 22 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: April 18, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By: ______________________

Steven Kluz, Sr., #56765
Raphael T. Wallander, #297628
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7916

Attorneys for Defendant
Eaton Hydraulics, Inc.

IT IS SO ORDERED

Dated: 4/19/, 2002

BY THE COURT:

______________________
John M. Mason
United States Magistrate Judge

idmsstp:654019_1 (9308-18)