UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-649(DSD/JMM)

Winthrop Resources Corporation,
a Minnesota corporation,

Plaintiff,

v.

**ORDER OF REFERENCE**

Eaton Hydraulics, Inc. (f/k/a
Vickers, Incorporated) a
Delaware corporation,

Defendant,

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) that United States Magistrate Judge John M. Mason is designated to conduct hearings and issue an order on plaintiff's motion for entry of judgment on damages filed in this matter.

Dated: May 7, 2002

David S. Doty, Judge
United States District Court

FILED 5-7-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______