UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-649(DSD/JMM)

Winthrop Resources Corporation,

Plaintiff,

v.

**ORDER OF REFERENCE**

Eaton Hydraulics, Inc.,

Defendant,

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) that United States Magistrate Judge John M. Mason is designated to conduct hearings and issue an order on defendant's Rule 59(e) motion which has been filed in this matter.

Dated: May 13, 2002

David S. Doty, Judge
United States District Court

FILED 5-13-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______