SECOND FAX NOTICING CORRECTING FILING DATE

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Winthrop Resources Corporation,

Plaintiff,

vs.

Eaton Hydraulics, Inc.,

Defendant.

**STIPULATION TO STAY PENDING PROCEEDINGS**

Court File No. 0:01-CV-649 DSD/JMM

Winthrop Resources Corporation and Eaton Hydraulics, Inc., by and through their respective counsel, hereby stipulate and agree to this joint request that all pending proceedings in this case, including all matters referred to Magistrate Judge Mason, be stayed to permit the parties to obtain mediation of this case by Richard B. Solum, Esq., or other similarly qualified mediator. The parties furthermore stipulate and agree that the stay shall be lifted by the Court upon submission of a letter from counsel for either party stating that mediation was unsuccessful or had reached impasse. If the stay is lifted, counsel for the parties shall meet within 3 business days thereafter to agree upon a mutually acceptable briefing schedule to present to the Court with respect to all pending motions. If counsel cannot agree upon a mutually agreeable briefing schedule, the party responding to pending motions shall have 21 calendar days form the date of the meeting to serve its response, and the moving party shall have 7 calendar days thereafter to serve its reply memorandum.

FILED 5-29-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WINTHROP & WEINSTINE, P.A.

By ______________________________
Jeffrey R. Ansel (#166224)
Attorneys for Plaintiff Winthrop Resources Corporation
3200 World Trade Center
30 East Seventh Street
St. Paul, MN 55101
(651) 290-8400

Dated: May 23, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________
Steven Kluz, Sr. (#56765)
Attorneys for Defendant Eaton Hydraulics, Inc.,
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Dated: May 28, 2002

SO ORDERED:

______________________________
David S. Doty, Judge
United States District Court

Dated: May 29, 2002

846338-1