UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Winthrop Resources Corporation, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Eaton Hydraulics, Inc. (f/k/a Vickers, Incorporated), a Delaware corporation,<br><br>Defendant. | No.: 0:01-CV-649 DSD/JMM<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

The parties hereto, through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff Winthrop Resources Corporation shall serve and file its response to Defendant's "Rule 59(e) Motion" on or before August 28, 2002;

2. Plaintiff Winthrop Resources Corporation shall be permitted to serve and file a supplemental affidavit regarding damages, and Defendant will have twenty-one (21) days from the date of service of said affidavit within which to file and serve its responsive papers to Plaintiff Winthrop Resource Corporation's "Motion for Entry of Judgment on Damages;" and

3. Plaintiff Winthrop Resources Corporation does not and will not oppose Defendant's "Motion to Vacate Orders of Reference and to Stay all Proceedings before the Magistrate Judge."

Dated: 8/26, 2002

WINTHROP & WEINSTINE, P.A.

By: ______________________
Jeffrey R. Ansel, #166224
3200 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, Minnesota 55101
(651) 290-8400

Attorneys for Plaintiff
Winthrop Resources Corporation



FILED 9-16-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 8/26, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By: ______________________

Steven Kluz, Sr., #56765
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7916

Attorneys for Defendant
Eaton Hydraulics, Inc.

IT IS SO ORDERED.

Dated: Sept. 13, 2002

BY THE COURT:

______________________

David S. Doty
United States District Court Judge

idmsstp:662331_1