UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-649(DSD/JMM)

Winthrop Resources Corporation,
a Minnesota corporation,

Plaintiff,

v. **ORDER**

Eaton Hydraulics, Inc., a
Delaware corporation, fka
Vickers, Inc.,

Defendant.

This matter is before the court upon defendant's motion to vacate orders of reference and to stay all proceedings before the magistrate judge. Plaintiff does not oppose the motion. Based upon a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that the court's May 7, 2002 order of reference of plaintiff's motion for entry of judgment on damages [Docket No. 61] and the court's May 13, 2002 order of reference of defendant's Rule 59(e) motion [Docket No. 69] are vacated.

Dated: December 3, 2002

David S. Doty, Judge
United States District Court

FILED 12-4-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______