**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Winthrop Resources Corporation,**

**Plaintiff,**

**v.**

**Eaton Hydraulics, Inc.,**
**f/k/a Vickers, Inc.**

**Defendant.**

**Civil No. 01-649 DSD/SRN**

**NOTICE OF**
**STATUS CONFERENCE**

TO: Jeffrey R. Ansel, Esq., Therese M. Marso, Esq., Julie A. Fishel, Esq., Matthew R. McBride, Esq., Justice E. Lindell, Esq., and Winthrop & Winstine, 3200 Minnesota World Trade Center, 30 East 7th Street, St. Paul, MN 55101, counsel for plaintiff.

Steven J. Kluz, Esq., Raphael T. Wallander, Esq. and Rider Bennett, Egan & Arundel, 2000 Metro Center, 333 South 7th Street, Minneapolis, MN 55402, counsel for defendant.

A status conference to address the anticipated hearing on damages will be held in the above-referenced matter on January 17, 2003, at 3:00 p.m., in Suite 242, Federal Building, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge Susan Richard Nelson. The parties may supply brief written submissions, if needed, by January 15, 2003.

Dated: December 18, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

Filed DEC 1 8 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________