UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-649(DSD/SRN)

Winthrop Resources Corporation,

Plaintiff,

v. **ORDER**

Eaton Hydraulics, Inc.,

Defendant.

This matter is before the court upon defendant's motion to vacate the court's December 10, 2002, order of reference and to stay all proceedings before the magistrate judge. Based upon a review of the file, record and proceedings herein, defendant's motion is granted in part and denied in part.

**IT IS HEREBY ORDERED:**

1. Defendant's motion to vacate the court's order of reference is granted. The court's order of reference dated December 10, 2002, is recalled and the court shall retain jurisdiction of Winthrop Resources Corporation's Rule 59(e) motion for entry of judgment on damages.

FILED 1-22-03
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

2. Defendant's motion to stay all proceedings before the magistrate judge is denied.

Dated: January 21, 2003

David S. Doty, Judge
United States District Court