AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Winthrop Resources Corporation,

V.

Eaton Hydraulics, Inc., a Delaware corporation,
f/k/a Vickers, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-649 DSD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Winthrop's motion for entry of judgment on damages is granted. The Court orders entry of judgment in the amount of $4,365,437.64.

February 21, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Julie M. Rustad, Deputy Clerk

96

Modified:01/09/03