UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Winthrop Resources Corporation, a Minnesota corporation, Plaintiff, vs. Eaton Hydraulics, Inc. (f/k/a Vickers, Incorporated), A Delaware corporation, Defendant. | No.: 0:01-CV-649 DSD/SRN **STIPULATION FOR STAY AND ORDER** |

The parties, by and through their undersigned attorneys of record, agree that the proper amount of supersedeas bond to be posted to stay execution and levy on the judgment of $4,365,437.64 while the case is on appeal is a bond in the amount of $5,000,000.00 It is further agreed that the Court should enter the attached Order staying execution of judgment during appeal if Defendant posts supersedeas bond in the amount of $5,000,000.00.

Dated: 3-10, 2003

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By: [signature]
Steven Kluz, Sr., #56765
Raphael T. Wallander, #297628
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

-AND-

QUARLES & BRADY, LLP
Michael H. Schaalman
411 East Wisconsin Avenue
Suite 2040
Milwaukee, WI 53202
(414) 277-5000

Attorneys for Defendant Eaton Hydraulics, Inc.

FILED MAR 12 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 3/7, 2003

WINTHROP & WEINSTINE, P.A.

By: ______________________

Jeffrey R. Ansel, #166224
Matthew R. McBride, #261981
Justice E. Lindell, #312071
3200 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, Minnesota 55101
(651) 290-8400

Attorneys for Plaintiff
Winthrop Resources Corporation

IT IS HEREBY ORDERED THAT:

1. $5,000,000.00 is the appropriate amount for supersedeas bond in this matter; and

2. Enforcement of the judgment, and all other proceedings in connection with matters in this action shall be stayed, pending the disposition of the Defendant's appeal to the United Sates Court of Appeals for the Eighth Circuit, if Defendant posts supersedeas bond of $5,000,000.00.

Dated: March 11, 2002

BY THE COURT:

______________________
Judge of U.S. District Court

2018379v1