01-649 DSD/SRN

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 03-1790

---

| | | |
|---|---|---|
| Winthrop Resources Corporation, a Minnesota corporation, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| Eaton Hydraulics, Inc., formerly known as Vickers, Inc., a Delaware corporation, | * | |
| | * | |
| Appellant. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court is affirmed and the case is further remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

SCANNED
JUN 28 2004
U.S. DISTRICT COURT MPLS

March 11, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans