UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Winthrop Resources Corporation, a Minnesota corporation, Plaintiff, vs. Eaton Hydraulics, Inc. (f/k/a Vickers, Incorporated), a Delaware corporation, Defendant. | No.: 01-CV-649 DSD/JMM **SATISFACTION OF JUDGMENT** |

Matthew R. McBride, attorney for the judgment creditor Plaintiff Winthrop Resources Corporation, hereby certifies that the judgment in the above-named District Court in the action above-entitled, entered on the 21st day of February, 2003, and docketed on the 27th day of February, 2003, in favor of the Plaintiff and against the Defendant for the sum of Four Million Three Hundred Sixty Five Thousand Four Hundred Thirty-Seven and 64/100 Dollars ($4,365,437.64) has been paid and satisfied in full; and that the Clerk of Court is hereby authorized to discharge said judgment of record.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 9th day of July, 2004.

s/ Matthew R. McBride

Matthew R. McBride, #261981
Winthrop & Weinstine, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
mmcbride@winthrop.com
Attorneys for Winthrop Resources Corporation

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

The foregoing instrument was acknowledged before me this 9th day of July, 2004, by Matthew R. McBride, attorney for the judgment creditor, Plaintiff Winthrop Resources Corporation.

Subscribed and sworn to
before me this 9th day
of July, 2004.

s/Maureen O'Connor
Notary Public

2128863v1